**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RENE OSCAR PORTILLO, | ) | NO. CV 08-6671-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LYDIA C. HENSE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 14, 2009.

*Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE